**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 12, 2013.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

**NO. 14-13-00924-CV**

---

**IN RE WILMA REYNOLDS, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

---

## MEMORANDUM OPINION

On October 21, 2013, relator Wilma Reynolds filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Daniel Sklar of the 300th District Court of Brazoria County, to set aside his June 6, 2013 order, sustaining the objections of real party in interest to relator's request for production.

Relator has not established her entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny real party in interest's request for sanctions.

PER CURIAM

Panel Consists of Justices Christopher, Donovan, and Brown.